**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6150

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RICO ANTONIO GREEN,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:17-cr-00363-FL-1)

Submitted:  March 31, 2025                          Decided:  May 30, 2025

Before WILKINSON, RICHARDSON, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rico Antonio Green, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Rico Antonio Green appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *See United States v. Green,* No. 5:17-cr-00363-FL-1 (E.D.N.C. Feb. 1, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*